| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Peck,, James M. | 2. Court or Organization<br><br>USBC/SDNY | 3. Date of Report<br><br>09/30/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. Custom House<br>One Bowling Green<br>New York, NY 10004-1408 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | At-large member of Board of Governors | National Conference of Bankrutpcy Judges |
| 2. | Co-chair of Advisory Committee on the Bankrutpcy Safe Harbors | American Bankruptcy Insititute |
| 3. | Member of Judicial Steering Committee | INSOL International |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Earle K. & Katherine F. Moore Foundation - Trustee Fee |
| 2. 2012 | Metropolitan Life Insurance Company - Pension Benefits |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Conference | 1/19/12- 1/20/12 | Philadelphia, PA | Speaker at regional bankruptcy conference | transportation, lodging and food |
| 2. | University of British Columbia and National Judicial Institute of Canada | 2/8/12 - 2/11/12 | Vancouver, British Columbia, Canada | Speaker at Annual Review of Insolvency Law Conference | transportation, lodging and food |
| 3. | American College of Bankruptcy | 2/23/12 - 2/25/12 | Boston, MA | Speaker on valuation at Boston College School of Law | transportation, lodging and food |
| 4. | INSOL New Zealand | 3/7/12-3/11/12 | Auckland, New Zealand | Keynote speaker at INSOL New Zealand insolvency conference | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Peck,, James M. | 09/30/2013 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 5. | Australian Law Council | 3/14/12 - 3/16/12 | Melbourne, Australia | Speaker at conference on international judicial cooperation | transportation, lodging and food |
| 6. | American Bankruptcy Institute | 4/19/12 - 4/20/12 | Washington. D.C. | Speaker at World Bank/ABI Working Group on Financial Contracts in Bankruptcy | transportation, lodging and food |
| 7. | INSOL International | 5/21/12 - 5/23/12 | Miami, FL | Speaker on judicial panel at annual conference | transportation, lodging and food |
| 8. | International Insolvency Institute | 6/21/12 - 6/22/12 | Paris, France | Speaker at international insolvency law conference | partial stipend for transportation, lodging and food |
| 9. | American Bankruptcty Institute and Georgetown Law School | 10/4/12 - 10/5/12 | Washington, D.C. | Speaker at "Views from the Bench" Conference at Georgetown Law School | transportation , lodging and food |
| 10. | Humboldt University and Institute for Interdisciplinary Restructuring | 10/13/12 - 10/16/12 | Berlin, Germany | Guest Lecturer at Humboldt University | transportation, lodging and food |
| 11. | American Bankruptcy Institute | 10/17/12 - 10/20/12 | Rome, Italy | Speaker at International Insolvency and Restructuring Symposium | transportation, lodgeing and food |
| 12. | National Conference of Bankruptcy Judges | 10/23/12 - 10/27/12 | San Diego, CA | Speaker at NCBJ annual conference and attend meetings of Board of Governors | transportation, lodging and food |
| 13. | Turnaround Management Association | 11/1/12 - 11/3/12 | Boston, MA | Speaker at TMA annual conference | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Peck,, James M. | 09/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. John Hancock Universal Life Insurance - Money Market | A | Interest | M | T | | | | | |
| 2. Citibank Money Market Acct | A | Interest | L | T | | | | | |
| 3. Chase Money Market Acct - ▓▓▓ (X) | A | Interest | M | T | | | | | |
| 4. Schulte Roth & Zabel Group Trust IRA | | None | N | T | | | | | |
| 5. Brokerage-BBH Core Select Fund (X) | A | Dividend | K | T | | | | | |
| 6. Brokerage- Driehaus Mutual Fund Active Income (X) | A | Dividend | J | T | | | | | |
| 7. Brokerage-Eaton Vance Global Macro | A | Dividend | J | T | | | | | |
| 8. Brokerage-Fidelity Floating Rate | A | Dividend | | | Buy (add'l) | 01/10/12 | J | | |
| 9. Brokerage-Fidelity Floating Rate | | None | | | Sold | 12/07/12 | K | A | |
| 10. Brokerage-iShares Barclays Aggregated Bond Fund | B | Dividend | L | T | Buy (add'l) | 01/10/12 | K | | |
| 11. Brokerage-Pimco All Asset/Authority Fund | A | Dividend | J | T | | | | | |
| 12. Brokerage-Schwab Cap TR S&P Invest Select Shares | C | Dividend | M | T | | | | | |
| 13. Brokerage-Templeton Global Bond | A | Dividend | | | Sold | 12/21/12 | J | | |
| 14. Brokerage- Vanguard Total INTL Stock(X) | A | Dividend | K | T | | | | | |
| 15. Brokerage- Wells Fargo FDS ADVIN (X) | C | Dividend | M | T | Buy (add'l) | 01/10/12 | M | | |
| 16. Brokerage- Wells Fargo ADV(X) | | None | | | Sold | 01/10/12 | J | | |
| 17. Ivy Municipal High Income Fund (X) | B | Dividend | L | T | Buy | 01/10/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage - Schwab US Treasury Money Fund (X) | | None | K | T | | | | | |
| 19. IRA-Alliant TechSystems | A | Interest | | | Sold | 07/16/12 | J | A | |
| 20. IRA-Altria Group Inc. | A | Interest | | | Sold | 07/16/12 | J | A | |
| 21. IRA-Anadarko Pete Corp.(X) | A | Interest | | | Sold | 07/13/12 | J | A | |
| 22. IRA-Autozone Inc(X) | A | Interest | | | Sold | 07/16/12 | J | A | |
| 23. IRA-Ball Corp(X) | A | Interest | | | Sold | 07/16/12 | J | A | |
| 24. IRA-Clean Harbors Inc.(X) | A | Interest | | | Sold | 07/16/12 | J | | |
| 25. IRA-Comcast Corp(X) | A | Interest | | | Sold | 07/13/12 | J | A | |
| 26. IRA-Coventry Health Care Inc(X) | A | Interest | | | Sold | 07/20/12 | J | A | |
| 27. IRA-Crown Castle Intl Corp(X) | A | Interest | | | Sold | 07/20/12 | J | A | |
| 28. IRA-Deluxe Corp(X) | A | Interest | | | Sold | 07/13/12 | J | A | |
| 29. IRA-Donnelley R R&Sons Co 4.95%(X) | A | Interest | | | Sold | 07/13/12 | J | A | |
| 30. IRA-Donnelley R R&Sons Co 5.5%(X) | A | Interest | | | Sold | 07/13/12 | J | A | |
| 31. IRA-Echostar DBS Corp 6.625% | A | Interest | | | Sold | 01/09/12 | J | A | |
| 32. !RA-Echostar DBS Corp 7.125% | A | Interest | | | Buy | 01/09/12 | J | | |
| 33. IRA-Echostar DBS Corp 7.125% | | | | | Sold | 07/13/12 | J | A | |
| 34. IRA-Ford Motor Credit Co | A | Interest | | | Sold | 07/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA-Forrest Oil Corp | A | Interest | | | Buy (add'l) | 06/27/12 | J | | |
| 36. IRA-Forrest Oil Corp | | | | | Sold | 07/13/12 | J | | |
| 37. IRA-Freeport-McMoran Copper&Gold | A | Interest | | | Sold | 03/14/12 | J | | |
| 38. IRA-Frontier Communications Corp | A | Interest | | | Sold | 06/04/12 | J | A | |
| 39. IRA-General Electric(X) | A | Interest | | | Sold | 07/16/12 | J | | |
| 40. IRA-Host Hotels&Resorts | A | Interest | | | Buy (add'l) | 05/21/12 | J | | |
| 41. IRA-Host Hotels&Resorts | | | | | Sold | 07/20/12 | J | | |
| 42. IRA-INTL Paper Co(X) | A | Interest | | | Sold | 07/16/12 | J | A | |
| 43. IRA-Iron MTN Inc(X) | A | Interest | | | Sold | 07/13/12 | J | A | |
| 44. IRA-Kansas City Southern(X) | A | Interest | | | Sold | 02/24/12 | J | A | |
| 45. IRA- Kellogg Co(X) | A | Interest | | | Sold | 07/13/12 | J | A | |
| 46. IRA-Metlife Inc(X) | A | Interest | | | Sold | 07/13/12 | J | A | |
| 47. IRA- Nextel Communications Inc(X) | A | Interest | | | Sold | 07/20/12 | J | | |
| 48. IRA-Peabody Energy Corp(X) | A | Interest | | | Sold | 07/13/12 | J | A | |
| 49. IRA- Prudential Finl Inc MTNS Book | A | Interest | | | Buy (add'l) | 01/18/12 | J | | |
| 50. IRA-Prudential FinL Inc MTNS Book | | | | | Sold | 07/16/12 | J | | |
| 51. IRA- Qwest Corp 8.375% | A | Interest | | | Sold | 04/18/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA- Qwest Corp 6.5%(X) | A | Interest | | | Buy | 04/25/12 | J | | |
| 53. IRA- Qwest Corp 6.5% | | | | | Sold | 07/13/12 | J | | |
| 54. IRA-Seagate Technology HDD(X) | A | Interest | | | Sold | 01/09/12 | J | A | |
| 55. IRA-Service Corp INTL | A | Interest | | | Sold | 01/11/12 | J | A | |
| 56. IRA-Silgan Holdings Inc | A | Interest | | | Sold | 04/09/12 | J | A | |
| 57. IRA-Unisys Corp | A | Interest | | | Sold | 07/20/12 | J | | |
| 58. IRA-Valero Energy Corp | A | Interest | | | Sold | 07/13/12 | J | A | |
| 59. IRA- Newfield Expl 6.625% (X) | A | Interest | | | Buy | 01/09/12 | J | | |
| 60. IRA- Newfield Expl 6.625%(X) | | | | | Sold | 07/03/12 | J | A | |
| 61. IRA- Consol Energy Inc 8% (X) | A | Interest | | | Buy | 03/06/12 | J | | |
| 62. IRA- Consol Energy Inc 8% (X) | | | | | Sold | 07/16/12 | J | | |
| 63. IRA- Denbury Res Inc 9.75% (X) | A | Interest | | | Buy | 03/08/12 | J | | |
| 64. IRA- Denbury Res Inc 9.75% (X) | | | | | Sold | 07/20/12 | J | | |
| 65. IRA- Hewlett Packard Co 4.65% (X) | A | Interest | | | Buy | 03/08/12 | J | | |
| 66. IRA-Hewlett Packard Co 4.65% (X) | | | | | Sold | 07/16/12 | J | | |
| 67. IRA- Fidelity Natl Info Svcs 7.625% (X) | A | Interest | | | Buy | 03/20/12 | J | | |
| 68. IRA- Fidelity Natl Info Svcs 7.625% (X) | | | | | Sold | 07/20/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA- Arcelormittal SA Luxembourg 9.85% (X) | A | Interest | | | Buy | 04/11/12 | J | | |
| 70. IRA- Arcelormittal SA Luxembourg 9.85% (X) | | | | | Sold | 07/13/12 | J | A | |
| 71. IRA- Swift Energy Co 7.125% (X) | A | Interest | | | Buy | 06/04/12 | J | | |
| 72. IRA- Swift Energy Co 7.125% (X) | | | | | Sold | 07/20/12 | J | A | |
| 73. IRA- Wachovia Corp 5.63% (X) | A | Interest | | | Buy | 01/23/12 | J | | |
| 74. IRA- Wachovia Corp 5.63% (X) | | | | | Sold | 07/20/12 | J | A | |
| 75. IRA R/O Schwab- ALPS ETF Alerian MLP (X) | A | Dividend | J | T | Buy | 01/10/12 | J | | |
| 76. IRA R/O Schwab-Driehaus Mutual Funds Active Income | A | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |
| 77. IRA R/O Schwab-Fidelity Floating Rate | B | Dividend | J | T | | | | | |
| 78. IRA R/O Schwab-Greenhaven Cont Inx (X) | | None | | | Buy | 01/10/12 | K | | |
| 79. IRA R/O Schwab- Greenhaven Cont Inx | | None | | | Sold | 08/06/12 | K | | |
| 80. IRA R/O Schwab-Greenspring FD Inc | | None | | | Sold | 01/10/12 | K | | |
| 81. IRA R/O Schwab-Schwab Cap TR S&P 500 Select shares | C | Dividend | M | T | | | | | |
| 82. IRA R/O Schwab- Jeffries Asset Mgmt Cmdty Strat (X) | A | Dividend | K | T | Buy | 08/06/12 | K | | |
| 83. IRA R/O Schwab- BBH FD Inc | B | Dividend | L | T | Buy (add'l) | 01/10/12 | J | | |
| 84. IRA R/O Schwab- BBH FD Inc | | | | | Buy (add'l) | 08/06/12 | K | | |
| 85. IRA R/O Schwab -Fidelity Floating Rate High Income | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA R/O Schwab -ISHARES TR Lehman AGG Bnd | B | Dividend | M | T | Buy (add'l) | 12/21/12 | K | | |
| 87. IRA R/O Schwab -PIMCO ALL ASSET/ AUTHORITY Fund | B | Dividend | J | T | | | | | |
| 88. IRA R/O Schwab -PIMCO ALL ASSET/ AUTHORITY I | | None | J | T | | | | | |
| 89. IRA R/O Schwab - Polen Growth | A | Dividend | K | T | Buy (add'l) | 01/10/12 | J | | |
| 90. IRA R/O Schwab - Polen Growth | | | | | Buy (add'l) | 08/06/12 | K | | |
| 91. IRA R/O Schwab -Schwab Cap TR S&P 500 Invs Select(X) | C | Dividend | M | T | | | | | |
| 92. IRA R/O Schwab -Templeton Income | B | Dividend | | | Sold | 12/07/12 | K | A | |
| 93. IRA R/O Schwab - Steelpath MLP | A | Dividend | | | Sold | 01/10/12 | J | A | |
| 94. IRA R/O Schwab -Vanguard Total INTL | C | Dividend | L | T | Buy (add'l) | 08/06/12 | K | | |
| 95. IRA R/O Schwab Blackrock Fds II Strong Opp Instl (X) | A | Dividend | L | T | Buy | 12/21/12 | L | | |
| 96. IRA R/O Schwab Pimco Fds Uncstr Bd Instl (X) | A | Dividend | L | T | Buy | 12/21/12 | L | | |
| 97. IRA R/O Schwab Vanguard Short-Term Bond Index (X) | A | Dividend | | | Buy | 07/26/12 | L | | |
| 98. IRA R/O Schwab Vanguard Short-Term Bond Index (X) | | None | | | Buy (add'l) | 08/06/12 | K | | |
| 99. IRA R/O Schwab Vanguard Short-Term Bond Index (X) | | | | | Sold | 12/21/12 | M | | |
| 100. IRA R/O Schwab Wells Fargo S/T Hi-Yld Bond (X) | A | Dividend | K | T | Buy | 08/06/12 | K | | |
| 101. IRA R/O Schwab Hamlin High Dividend Equity Instl (X) | A | Dividend | M | T | Buy | 07/26/12 | L | | |
| 102. IRA R/O Schwab Hamlin High Dividend Equity Instl (X) | | | | | Buy (add'l) | 08/06/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA R/O Schwab Mgrs AMG Fds Yacktman Instl (X) | A | Dividend | M | T | Buy | 07/26/12 | L | | |
| 104. IRA R/O Schwab Mgrs AMG Fds Yacktman Instl (X) | | | | | Buy (add'l) | 08/06/12 | K | | |
| 105. IRA R/O Schwab US Treasury Money Fund (X) | A | Dividend | M | T | Buy | 07/13/12 | L | | |
| 106. IRA R/O Hamlin-Abbott Labs | A | Dividend | | | Sold (part) | 06/18/12 | J | A | |
| 107. IRA R/O Hamlin- Abbott Labs | | | | | Sold | 07/13/12 | J | B | |
| 108. IRA R/O Hamlin- Alliance Resource Partners | A | Dividend | | | Sold | 07/13/12 | J | | |
| 109. IRA R/O Hamlin-AT&T | A | Dividend | | | Buy (add'l) | 01/26/12 | J | | |
| 110. IRA R/O Hamlin-AT&T | | None | | | Sold (part) | 05/31/12 | J | A | |
| 111. IRA R/O Hamlin-AT&T | | | | | Sold | 07/13/12 | J | A | |
| 112. IRA R/O Hamlin- Baytex Energy Trust | A | Dividend | | | Sold | 07/13/12 | J | | |
| 113. IRA R/O Hamlin-Bristol-Meyers Squibb Co | A | Dividend | | | Sold | 03/13/12 | J | A | |
| 114. IRA R/O Hamlin- Canadian Oil Sands | A | Dividend | | | Sold | 07/13/12 | J | | |
| 115. IRA R/O Hamlin-Chevron Corp | A | Dividend | | | Sold | 04/09/12 | J | | |
| 116. IRA R/O Hamlin-Cinemark Holdings Inc | A | Dividend | | | Sold | 07/13/12 | J | B | |
| 117. IRA R/O Hamlin- Cinn Financial Corp | A | Dividend | | | Sold | 07/13/12 | J | B | |
| 118. IRA R/O Hamlin-Conagra | A | Dividend | | | Sold | 07/13/12 | J | | |
| 119. IRA R/O Hamlin- Conocophillips | A | Dividend | | | Sold | 07/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IRA R/O Hamlin- E I Du Pont De Nemours & Co | A | Dividend | | | Sold | 07/13/12 | J | | |
| 121. IRA R/O Hamlin-Enbridge Energy Partners | A | Dividend | | | Sold | 07/13/12 | J | | |
| 122. IRA R/O Hamlin- Enduro Royalty Trust | A | Dividend | | | Sold | 07/13/12 | J | | |
| 123. IRA R/O Hamlin-Federated Investors Inc | A | Dividend | | | Sold | 02/23/12 | J | A | |
| 124. IRA R/O Hamlin-FNB Corp Com | A | Dividend | | | Sold | 07/13/12 | J | | |
| 125. IRA R/O Hamlin-Freeport Mcmoran Copper & Gold | A | Dividend | | | Sold | 07/13/12 | J | | |
| 126. IRA R/O Hamlin-Gallagher Arthur J & Co | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 127. IRA R/O Hamlin-Genuine Parts Co | A | Dividend | | | Sold | 02/08/12 | J | A | |
| 128. IRA R/O Hamlin-Heinz H J Co | A | Dividend | | | Buy (add'l) | 06/22/12 | J | | |
| 129. IRA R/O Hamlin- Heinz H J Co | | | | | Sold | 07/13/12 | J | A | |
| 130. IRA R/O Hamlin-Hospitality Prop Trust | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 131. IRA R/O Hamlin- INTEL Corp | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 132. IRA R/O Hamlin-Kimberly Clark | A | Dividend | | | Sold (part) | 06/15/12 | J | A | |
| 133. IRA R/O Hamlin- Kimberely Clark | | | | | Sold | 07/13/12 | J | A | |
| 134. IRA R/O Hamlin-Leggett & Platt Inc | A | Dividend | | | Sold | 07/13/12 | J | | |
| 135. IRA R/O Hamlin-Lockheed Martin Corp | A | Dividend | | | Sold (part) | 02/23/12 | J | A | |
| 136. IRA R/O Hamlin- Lockheed Martin Corp | | | | | Sold | 07/13/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRA R/O Hamlin-Merck &Co | A | Dividend | | | Sold | 07/13/12 | J | B | |
| 138. IRA R/O Hamlin-Meredith Corp | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 139. IRA R/O Hamlin-National Cinmedia | A | Dividend | | | Sold | 07/13/12 | J | A | |
| 140. IRA R/O Hamlin-Nucor Corp | A | Dividend | | | Sold | 07/13/12 | J | | |
| 141. IRA R/O Hamlin-Penn VA RES Partners | A | Dividend | | | Sold | 07/13/12 | J | | |
| 142. IRA R/O Hamlin-Rayonier INC REIT | A | Dividend | | | Sold | 07/13/12 | J | B | |
| 143. IRA R/O Hamlin- RPM INTL Inc | A | Dividend | | | Sold (part) | 06/19/12 | J | A | |
| 144. IRA R/O Hamlin- RPM INTL Inc | | | | | Sold | 07/13/12 | J | A | |
| 145. IRA R/O Hamlin-Sunoco Products Co | A | Dividend | | | Sold | 07/13/12 | J | | |
| 146. IRA R/O Hamlin- Unilever PLC | A | Dividend | | | Sold | 07/13/12 | J | | |
| 147. IRA R/O Hamlin-Valley National Bancorp | A | Dividend | | | Sold | 05/03/12 | J | | |
| 148. IRA R/O Hamlin- Plum Creek Timber Co Inc (X) | | None | | | Buy | 02/06/12 | J | | |
| 149. IRA R/O Hamlin- Plum Creek Timber Co Inc (X) | | None | | | Buy (add'l) | 05/01/12 | J | | |
| 150. IRA R/O Hamlin- Plum Creek Timber Co Inc (X) | | | | | Sold | 07/13/12 | J | | |
| 151. IRA R/O Hamliin- Hasbro Inc (X) | | None | | | Buy | 02/08/12 | J | | |
| 152. IRA R/O Hamliin- Hasbro Inc (X) | | None | | | Buy (add'l) | 02/29/12 | J | | |
| 153. IRA R/O Hamliin- Hasbro Inc (X) | | | | | Sold | 07/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IRA R/O Hamlin- GlaxoSmithKline PLC (X) | | None | | | Buy | 03/13/12 | J | | |
| 155. IRA R/O Hamlin- GlaxoSmithKline PLC (X) | | None | | | Buy (add'l) | 04/10/12 | J | | |
| 156. IRA R/O Hamlin- GlaxoSmithKline PLC (X) | | | | | Sold | 07/13/12 | J | | |
| 157. IRA R/O Hamlin- Peoples Bank Bridgeport | | None | | | Buy | 05/04/12 | J | | |
| 158. IRA R/O Hamlin- Peoples Bank Bridgeport (X) | | None | | | Buy (add'l) | 05/22/12 | J | | |
| 159. IRA R/O Hamlin- Peoples Bank Bridgeport (X) | | | | | Sold | 07/13/12 | J | | |
| 160. IRA R/O Hamlin- CA Inc (X) | | None | | | Buy | 06/06/12 | J | | |
| 161. IRA R/O Hamlin- CA Inc (X) | | | | | Sold | 07/13/12 | J | | |
| 162. IRA R/O Hamlin- Eaton Corp PLC (X) | | None | | | Buy | 06/22/12 | J | | |
| 163. IRA R/O Hamlin- Eaton Corp PLC (X) | | None | | | Buy (add'l) | 07/11/12 | J | | |
| 164. IRA R/O Hamlin- Eaton Corp PLC (X) | | | | | Sold | 07/13/12 | J | | |
| 165. IRA R/O Hamlin- Seagate Technology (X) | | None | | | Buy | 06/22/12 | J | | |
| 166. IRA R/O Hamlin- Seagate Technology (X) | | | | | Sold | 07/13/12 | J | A | |
| 167. ▨ Standish Schwab-Citizens PPTY Ins Corp(X) | B | Interest | K | T | | | | | |
| 168. ▨ Standish Schwab-Detriot Mich City Sch Dist(X) | B | Interest | K | T | | | | | |
| 169. ▨ Standish Schwab-E 470 Pub HWY Auth | B | Interest | K | T | | | | | |
| 170. ▨ Standish Schwab-Houston Tex Hotel Occupancy(X) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.    Standish Schwab-Indiana St Fin Auth Rev 5% (X) | B | Interest | K | T | Buy | 04/12/12 | K | | |
| 172.    Standish Schwab-Metropolitan Transn Auth | B | Interest | K | T | | | | | |
| 173.    Standish Schwab-Michigan St BLDG Auth | B | Interest | K | T | | | | | |
| 174.    Standish Schwab-New York NY City Indl | A | Interest | | | Sold | 04/05/12 | K | | |
| 175.    Standish Schwab-New York NY City TR Cultural | B | Interest | K | T | | | | | |
| 176.    Standish Schwab-New York St Dorm Auth Revs5% | A | Interest | K | T | | | | | |
| 177.    Standish Schwab-Palm Beach Cnty FLA Health | B | Interest | K | T | Sold (part) | 11/15/12 | J | | |
| 178.    Standish Schwab-Teton CNTY Hosp | B | Interest | K | T | | | | | |
| 179.    Standish Schwab- University ILL Rev 5% | B | Interest | K | T | | | | | |
| 180.    Standish Schwab US Treasury Money Fund | A | Interest | K | T | Buy | 04/05/12 | K | | |
| 181.    Schwab-Baron Asset | C | Dividend | L | T | | | | | |
| 182.    Schwab-ALPS ETF Tr Alerian MLP(X) | A | Dividend | J | T | Buy | 01/10/12 | J | | |
| 183.    Schwab-iShares Tr Hgh Div Eqt Fd (X) | A | Dividend | K | T | Buy | 01/10/12 | J | | |
| 184.    Schwab-SPDR S&P Dividend ETF (X) | A | Dividend | K | T | Buy | 01/10/12 | K | | |
| 185.    Schwab-Vanguard Total Intl Stock Index (X) | A | Dividend | K | T | Buy | 01/10/12 | J | | |
| 186.    Schwab-BBF Fd Inc Core Sl Retail (X) | A | Dividend | K | T | Buy | 01/10/12 | K | | |
| 187.    Schwab-Polen Growth (X) | A | Dividend | K | T | Buy | 01/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Schwab-Schwab Cap Tr S&P 500 Invs Select (X) | A | Dividend | K | T | Buy | 01/10/12 | K | | |
| 189. Schwab-US Treasury Money Fund (X) | A | Interest | K | T | Buy | 01/10/12 | K | | |
| 190. Corby Schwab- Alps ETF TR Alerian MLP | | None | | | Sold | 01/03/12 | J | A | |
| 191. Corby Schwab-Astellas Pharma Inc | | None | | | Sold | 01/04/12 | J | A | |
| 192. Corby Schwab-Baytex Energy Trust | | None | | | Sold | 01/03/12 | J | A | |
| 193. Corby Schwab-Canadian Oil Sands | | None | | | Sold | 01/03/12 | J | | |
| 194. Corby Schwab-Capstone Infrastructure Corp | A | Dividend | | | Sold | 01/03/12 | J | | |
| 195. Corby Schwab-Doubleline Total return Bond | | None | | | Sold | 01/03/12 | J | | |
| 196. Corby Schwab-Duet Group Stapled Secure | A | Dividend | | | Sold | 01/04/12 | J | | |
| 197. Corby Schwab-Enerverst Diversified Income | A | Dividend | | | Sold | 01/03/12 | J | | |
| 198. Corby Schwab-First Eagle FDS Inc Gold | A | Dividend | | | Sold | 01/03/12 | J | | |
| 199. Corby Schwab-First Trust Aberdeen GLBL | A | Dividend | | | Sold | 01/03/12 | J | | |
| 200. Corby Schwab-Gamco Global Gold Natraul Resource | | None | | | Sold | 01/03/12 | J | | |
| 201. Corby Schwab-H&Q Healthcare Investors | | None | | | Sold | 01/03/12 | J | | |
| 202. Corby Schwab-Hugoton Royalty Trust Units | A | Dividend | | | Sold | 01/03/12 | J | | |
| 203. Corby Schwab-Israel Chemicals LTD SHS | | None | | | Sold | 01/03/12 | J | | |
| 204. Corby Schwab-Morgan Stanley Emerg MKTS | A | Dividend | | | Sold | 01/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Corby Schwab-Pembina Pipeline Corp | A | Dividend | | | Sold | 01/03/12 | J | A | |
| 206. Corby Schwab-Peyto Exploration&Development | A | Dividend | | | Sold | 01/03/12 | J | A | |
| 207. Corby Schwab-Rayonier Inc | | None | | | Sold | 01/03/12 | J | A | |
| 208. Corby Schwab-San Juan Royalty Trust | A | Dividend | | | Sold | 01/03/12 | J | | |
| 209. Corby Schwab-Southern Copper Corp | | None | | | Sold | 01/03/12 | J | A | |
| 210. Corby Schwab-Sydney Airport | | None | | | Sold | 01/03/12 | J | | |
| 211. IRA Contributry Schwab- Driehaus Mut Funds Active | A | Dividend | J | T | | | | | |
| 212. IRA Contributory Schwab- IShares TR Lehman AGG Bnd | A | Dividend | J | T | | | | | |
| 213. IRA Contributory Schwab- Matthews Asia Dividend FD | A | Dividend | | | Sold | 01/10/12 | J | | |
| 214. IRA Contrbry Schwab- Schwab Cap TR S&P 500 Invs Sel | A | Dividend | K | T | | | | | |
| 215. IRA Contributory Schwab2- Fidelity Fifty | A | Dividend | | | Sold | 01/10/12 | J | | |
| 216. IRA Contribtry Schwab2- IShares TR Lehman AGG BND | A | Dividend | J | T | | | | | |
| 217. IRA Contributory Schwab- Vanguard Total Intl Stk (X) | A | Dividend | J | T | Buy | 01/10/12 | J | | |
| 218. IRA Contributory Schwab- ishares Tr Hi Div Eqt Fd (X) | A | Dividend | J | T | Buy | 01/10/12 | J | | |
| 219. IRA Contributory Schwab- SPDR S&P Div ETF (X) | A | Dividend | J | T | Buy | 01/10/12 | J | | |
| 220. IRA Contributory Schwab- Vanguard Star Fd Intl (X) | A | Dividend | J | T | Buy | 01/10/12 | J | | |
| 221. IRA Contributory Schwab- ALPS ETF Tr Alerian MLP (X) | A | Dividend | J | T | Buy | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.   IRA Contributory Schwab- BBH Fd Core SL Retail (X) | A | Dividend | J | T | Buy | 01/10/12 | J | | |
| 223.   IRA Contributory Schwab- Polen Growth (X) | A | Dividend | J | T | Buy | 01/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note for purposes of Part VII that investments in the Schulte Roth & Zabel LLP Group Trust (line 4) are managed by an advisory committee. I am informed that in 2012 the SRZ Group Trust invested in thirty-five separate and independently managed hedge funds and one mutual fund. These investment vehicles were selected in the sole discretion of this advisory committee. With the exception of individuals who serve on that committee, current and former partners of the firm have no knowledge concerning the identity of any of these funds and have no control over the selection of any particular fund or the decision to transfer investments from one fund to another. The fund selections may be changed from time to time based on performance and other investment considerations. I do not know the names of any of funds held by the SRZ Group Trust, and so this information is not set forth in the report. A similar explanation regarding the SRZ Group Trust appeared in my initial disclosure report and in reports for the years ended 12/31/06, 12/31/07, 12/31/08, 12/31/09, 12/31/10 and 12/31/11.

This paragraph responds to two questions raised by the Committee on Financial Disclosure in a letter dated September 25, 2013. The first question relates to Part VII, page 9, line 79 for "IRA R/O Schwab - Greenhaven Cont Inx." As previously shown on the immediately preceding line 78, this investment was purchased on 1/10/12. Column B(1) of that line of the report was left blank and column B(2) included the word "None" indicating that no income was received for that investment. Line 79 discloses the sale of that same investment on 8/6/12. The word "None" has been added to column B(2) of line 79 to reiterate and clarify the disclosure in line 78 that no income was received. The second question relates to an item listed in Part VII, page 6, line 19 in my prior report disclosing an investment in Pimco Total Return Fund. This investment is not listed in the current report because all shares were sold on September 28, 2011. The gain code applicable to that sale in 2011 is "A." The disposition of this asset should have been listed in my report for the year ended 12/31/11.

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/30/2013 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James M. Peck,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544